**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

KEVIN STRICKLAND,            )
                                                    )
           Plaintiff,           )
                                                    )
           v.                     )         No. 4:23-cv-00313-DGK
                                                    )
KANSAS CITY, MISSOURI BOARD     )
OF POLICE COMMISSIONERS, et al.,     )
                                                    )
           Defendants.        )

**ORDER RE BRIEFING ON MOTION TO QUASH**

On July 21, 2023, the Missouri Attorney General's Office ("AG") accepted service of Plaintiff's subpoena. On August 4, 2023, the AG filed a motion to quash the subpoena arguing it seeks protected work product and subjects the AG to an undue burden. ECF No. 42. On August 14, 2023, Plaintiff requested an unopposed extension of time to respond to the motion to quash stating the parties were meeting on August 16, 2023, to hopefully narrow the issues in dispute. ECF No. 44. The Court granted the request and extended Plaintiff's deadline to respond to August 25, 2023. ECF No. 45. Now before the Court is the Parties' Joint Motion to Stay Briefing on the Motion to Quash. ECF No. 46.

The parties indicate they may have resolved some of the issues in dispute at their August 16, 2023, meeting, but the AG needed addition time to confer internally before committing to a position. *Id.* at 2. The parties want to continue negotiations, but due to other case matters, the AG is unable to resume negotiations until after August 25, 2023 (Plaintiff's deadline to respond to the motion to quash). *Id.* at 2–3. The parties request the Court "stay all briefing deadlines related to the Motion to Quash until the parties independently resolve this discovery dispute, or alternatively, until the parties stipulate that a resolution could not be reached." *Id.* at 3.

While the Court will not stay briefing deadlines indefinitely, it will grant a two-week extension of time so the parties can meet again to resolve this conflict without court intervention. If the parties fail to reach a resolution, Plaintiff's response to the motion to quash is due on or before September 8, 2023. In his response, Plaintiff shall clearly outline what issues were resolved (if any) and what issues remain. To be clear, Plaintiff shall list exactly what documents and information he still seeks from the AG. The AG's reply is due seven days thereafter. If the parties resolve the conflict in the interim, they shall file a status update with the Court indicating such.

**IT IS SO ORDERED.**

Date: August 23, 2023          /s/ Greg Kays
                               GREG KAYS, JUDGE
                               UNITED STATES DISTRICT COURT